548

No. 424. DANOVITZ v. UNITED STATES. November 4, 1929. The petition for a writ of certiorari herein to the Circuit Court of Appeals for the Third Circuit is granted, with the limitation, however, that counsel shall confine themselves, in the briefs and in oral argument, to the question whether the property seized is forfeitable under § 25, Title II, of the national prohibition act. *Messrs. John W. Dunkle* and *Ward Bonsall* for petitioner. *Solicitor General Hughes,* and *Messrs. Claude R. Branch, Howard T. Jones,* and *John J. Byrne* for the United States.

No. 389. CHESAPEAKE & POTOMAC TELEPHONE CO. v. UNITED STATES. November 25, 1929. Petition for writ of certiorari to the Court of Claims granted. *Messrs. Stanton C. Peelle, C. F. R. Ogilby, Paul E. Lesh, Dale D. Drain,* and *Jerome F. Barnhard* for petitioner. *Solicitor General Hughes, Assistant Attorney General Galloway,* and *Messrs. Claude R. Branch, Heber H. Rice,* and *W. Marvin Smith* for the United States.

No. 428. TYLER ET AL. v. UNITED STATES. November 25, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Messrs. Frank S. Bright,* and *H. Stanley Hinrichs* for petitioners. *Solicitor General Hughes, Messrs. Claude R. Branch* and *Sewall Key,* and *Helen R. Carloss* for the United States.

No. 443. CAMPBELL, FEDERAL PROHIBITION ADMINISTRATOR, ET AL. v. GALENO CHEMICAL CO., INC., ET AL.; No. 444. SAME v. D. P. PAUL & CO., INC.; and No. 445. SAME v. W. H. LONG & Co. December 2, 1929. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor Gen-*